IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE D. SCHREANE,

    Petitioner,

v.

BRIAN CHAMBERS, *DHO*,

    Respondent.

CIVIL ACTION NO. 3:CV-14-719

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this 14th day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 7), and finding that the Petition (Doc. 1) is duplicative of the Petition filed in *Schreane v. Thomas*, No. 3:CV-14-246 which is also pending before the Court, and further noting that both Petitions challenge the disciplinary action received by Petitioner for Incident Report No. 2498958,[1]

**IT IS HEREBY ORDERED** that:

(1)     The Report & Recommendation (Doc. 7) is **ADOPTED in its entirety**.

(2)     Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED** solely for the purpose of filing this action.

(3)     The Petition (Doc. 1) is **DISMISSED with prejudice**.

(4)     The Clerk of Court is directed to mark the case as **CLOSED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

---

[1]     In his "Response to Report and Recommendation," Petitioner acknowledges that he is challenging the same incident report in this action as he is in *Thomas*. (Doc. 8, 2.) Nevertheless, Petitioner requests that these actions be consolidated. Because the instant Petition simply duplicates the claims raised in *Thomas*, consolidation of these cases is unnecessary.